**IN RE: MONROE HEIGHTS DEVELOPMENT CORPORATION, INC., Debtor**

**Citizens & Northern Bank, Movant**

v.

**Monroe Heights Development Corporation, Inc., Respondent**

Case No. 17–10176–TPA

United States Bankruptcy Court,
W.D. Pennsylvania.

Signed August 22, 2017

Donald R. Calaiaro, Calaiaro Valencik, Pittsburgh, PA, for Debtor

Larry E. Wahlquist, U.S. Trustee Program/Dept. of Justice, Pittsburgh, PA, for U.S. Trustee

## ORDER

Thomas P. Agresti, Judge, United States Bankruptcy Court

*AND NOW*, this **22ⁿᵈ** day of *August, 2017*, for the reasons set forth in the *Memorandum Opinion* filed this date at Doc. No. 88. it is *ORDERED, ADJUDGED* and *DECREED* that,

(1) The *Expedited Motion to Dismiss Chapter 11 Bankruptcy Petition* ("Motion") filed by Citizens and Northern Bank at Doc. No. 17 is *GRANTED,* and the case is *DISMISSED effective September 6, 2017.*

(2) If *on or before September 5, 2017,* the Debtor files a motion for reconsideration that calls into question the "fitness" of Shaner Holding Company to serve as the Receiver of the Debtor by reason of bias, dereliction of duty, or some other ground that creates an improper impediment to the Debtor's ability to access the Bankruptcy Court as described in the above referenced *Memorandum Opinion,* the Court *may* further delay the effectiveness of the dismissal and schedule an evidentiary hearing limited to the issues raised in such motion.